**AFFIDAVIT IN SUPPORT OF AN
APPLICATION FOR A CRIMINAL COMPLAINT**

I, Debbie Maldonado, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent of the United States Drug Enforcement Administration ("DEA") and have been so employed since August 2024, and I am assigned to the Caribbean Division San Juan, Puerto Rico. I am currently assigned to the DEA Caribbean Division San Juan, REDRUM Group. As such, I am empowered under 21 U.S.C. § 878, to enforce Title 21 and other criminal laws of the United States, to make arrests and obtain and execute search, seizure and arrest warrants. I graduated from the full-time residence "Basic Agent Training Program" in Quantico, Virginia. The Basic Agent Training Program focuses on law courses, search and seizure warrants, enforcement of federal drug laws, identification of controlled substances, surveillance, counter-surveillance, firearms training and the smuggling of drugs.

2. As a Special Agent with the DEA, I have participated in drug trafficking investigations, including investigations that have resulted in felony arrests for violations of Title 21 of the United States Code. I have participated in surveillance, in the execution of search and arrest warrants, and in the debriefing of defendants, witnesses, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from controlled substance trafficking.

3. Based on my training and experience and information from more experienced investigators, I am familiar with narcotics traffickers' methods (*modus operandi*) of operation including the distribution, storage, and transportation of narcotics, and the collection of money proceeds of narcotics trafficking. I am also familiar with methods employed by large narcotics organizations to thwart detection by law enforcement, including the use of vague and coded language, cellular telephone technology, counter surveillance, false or fictitious identities, and encoded communications.

4. This affidavit is submitted in support of a criminal complaint charging Jose Roberto ANDUJAR-UBILES with violations of: Title 21, United States Code, § 841(a)(1), (b)(1)(B)(ii) (Possession with Intent to Distribute 500 Grams or More of Cocaine); Title 21, United States Code, § 841(a)(1),(b)(1)(B)(vi) (Possession with Intent to Distribute 40 Grams or More of a Substance Containing a Detectable Amount of Fentanyl; Title 18, United States Code, §924(c)(1)(B)(ii) (Possession of a Machinegun in Furtherance of a Drug Trafficking Crime); Title 18, United States Code, § 922(g)(1) (Felon in Possession of Firearms and Ammunition); and Title 18, United States Code, § 922(o) (Illegal Possession of a Machinegun).

5. Because this Affidavit is submitted for the limited purpose of establishing probable cause, I have not included all details of every aspect of this investigation. I have set forth only the facts that I believe are necessary to establish probable cause of the commission of federal crimes or offenses. I am thoroughly familiar with the

information contained in this Affidavit, either through personal investigation or discussions with other law enforcement officers involved in the investigation.

## PROBABLE CAUSE

6. Based on my personal participation in this investigation, and discussions with other law enforcement officers and reviews of reports generated by local and federal law enforcement officials, I learned the following:

7. On December 1, 2025, Puerto Rico Police Department (PRPD) Narcotics Unit initiated an investigation into Jose Roberto ANDUJAR-UBILES who was residing at 1012 Calle Ana Otero, Condominio Prudencio Rivera Martinez apartment #808, San Juan, Puerto Rico.

8. From the period of December 1 to December 12, 2025, multiple surveillances were conducted by PRPD Agents during which ANDUJAR-UBILES was observed in possession of a firearm and controlled substances in and around the residence. Throughout these surveillances ANDUJAR-UBILES was also observed in possession of a firearm and controlled substances in and around 1012 Calle Ana Otero, Condominio Prudencio Rivera Martinez apartment #206, San Juan, Puerto Rico. Pursuant to the information gathered, on December 16, 2025, PRPD obtained a search warrant for 1012 Calle Ana Otero, Condominio Prudencio Rivera Martinez, San Juan, Puerto Rico apartment #808 and apartment #206.

9. The search warrant was executed on December 18, 2025. During the execution of the search warrant on apartment #808, ANDJUAR-UBILES was present. PRPD agents entered ANDUJAR-UBILES' bedroom and observed a blue cooler containing an undetermined amount of narcotics, to include one fully packaged kilogram of what agents believe to be cocaine and an undetermined number of clear plastic vials/tubes containing what agents believe to be crack cocaine and marijuana. Inside the blue cooler, agents also found a black Glock-style .40 caliber handgun with a purple "Supreme" grip with a loaded extended magazine, containing 12 rounds loaded into it apart from one round in the chamber, however the magazine is capable of holding 22 rounds. The Glock-style .40 caliber handgun was found lying on top of the undetermined amount of narcotics inside the blue cooler. Based on my training, knowledge and experience, the Glock .40 that was found in the blue cooler had an alteration that was placed on the firearm with the sole purpose of illegally modifying it to fire fully automatic, meaning that it is capable of expelling more than one (1) projectile from one single pull of the trigger. The firearm lacked a serial number. During the post arrest interview with DEA agents, after being advised of his Miranda warnings, ANDUJAR-UBILES admitted that he knew the firearm had been modified to fire fully automatic and that all of the controlled substances and the firearm found in the blue cooler belonged to him. In the photo below, the red arrow is pointing to the modification on the Glock .40, which allows it to fire in a fully automatic fashion.





10. On a chair in ANDUJAR-UBILES' bedroom, agents located a blue cross bag containing several firearm magazines which were loaded with an undetermined amount of 9mm and 40mm rounds. A second firearm, a black Sig Sauer P365 9mm

caliber, was found inside a closet in the hallway, loaded with 12 rounds in the magazine and one round in the chamber. During the post arrest interview ANDUJAR-UBILES also admitted the Sig Sauer firearm belonged to him. The narcotics were field tested by PRPD Agents with positive results for the presence of cocaine, fentanyl, and marijuana. The total weight of the cocaine was at least 1,000 grams. The total weight of the marijuana was at least 900 grams. The total weight of fentanyl was at least 100 grams. A large bag containing a large amount of cash was also found in a drawer under ANDUJAR-UBILES' bed. PRPD agents seized the cash which was approximately $51,142.00 United States Currency. The photo below depicts all the drug evidence found inside the blue cooler that was located inside of ANDUJAR-UBILES' bedroom.




11. Furthermore, on the same date ANDUJAR-UBILES granted PRPD Agents consent to search a charcoal grey Toyota Tacoma bearing Puerto Rico license plate 998-672 which was registered to him. During the search of the vehicle a blue backpack was located in the bed of the truck containing one black Micro Draco 7.62 x39mm caliber rifle, with a loaded 30- round magazine and one round in the chamber. Additionally, one loaded drum-style magazine was found in the backpack along with a regular rifle magazine that was empty. ANDUJAR-UBILES gave PRPD Agents consent to search a second vehicle which was a gray Jeep Patriot, bearing Puerto Rico license plate IWL024. The search yielded a black Pietro Beretta Model 84BB 9 short caliber handgun with a purple "Supreme" grip, loaded with a magazine containing 11 rounds and one round in the chamber. The Barretta handgun was located in the trunk of the Jeep alongside two paper bags containing an undetermined amount of clear plastic vials (paraphernalia). During the post arrest interview with DEA agents, after being advised of his Miranda warnings, ANDUJAR-UBILES stated that he bought the Jeep for his girlfriend to use. ANDJUAR-UBILES also admitted that the black Beretta handgun belonged to him. The image below depicts the firearms and some of the ammunition seized from ANDUJAR-UBILES.



12. A search of law enforcement databases reveals that ANDUJAR-UBILES has previously been convicted of a crime punishable by a year or more in prison. ANDUJAR-UBILES served a sentence of 60 months at the federal level for violating 21 U.S.C. §§ 841(b)(1)(B), 846 & 860 (Conspiracy to possess with the intent to distribute cocaine within a protected location). The investigation revealed that ANDUJAR-UBILES knew he was convicted of a crime punishable by a year or more in prison. ANDUJAR-UBILES stated that he knew he was on supervised probation and set to be done within the next year.

13. The investigation further revealed that no firearms or ammunition, including the type described above, are manufactured in Puerto Rico and therefore, the investigation concluded that the aforementioned firearms had been shipped or transported in interstate or foreign commerce.

## CONCLUSION

14. Based on the above facts, I have probable cause to believe that Jose Roberto ANDUJAR-UBILES has violated federal firearm and controlled substance laws. Specifically, he has violated Title 21, United States Code, § 841(a)(1), (b)(1)(B)(ii) (Possession with Intent to Distribute 500 Grams or More of Cocaine); Title 21, United States Code, § 841(a)(1),(b)(1)(B)(vi) (Possession with Intent to Distribute 40 Grams or More of a Substance Containing Detectable Amounts Fentanyl); Title 18, United States Code, §924(c)(1)(B)(ii) (Possession of a Machinegun in Furtherance of a Drug Trafficking Crime); Title 18, United States Code, § 922(g)(1) (Felon in Possession of Firearms and Ammunition); and Title 18, United States Code, § 922(o) (Illegal Possession of a Machinegun).

Respectfully submitted,

_____
Debbie Maldonado
Special Agent
Drug Enforcement Administration

Sworn in accordance with the requirement of Fed. R. Crim. P. 4.1. by telephone at __2:15pm__ on this __19th__ day of December 2025, in San Juan, Puerto Rico.

_____
HON. MARIANA BAUZÁ ALMONTE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO